# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LONG** | : | **19-cv-3192** |
| | : | **HON. WENDY BEETLESTONE** |
| **v.** | : | **UNITED STATES DISTRICT JUDGE** |
| | : | **HON. LYNNE A. SITARSKI** |
| **McGINLEY, et. al.** | : | **UNITED STATES MAGISTRATE JUDGE** |

## ORDER

On this _____ day of March, 2020, Petitioner's *Motion for Leave to Amend* is hereby GRANTED. IT IS ORDERED THAT:

1. Petitioner's Amended Habeas Petition, formerly lodged as Exhibit 1 and the Appendix, formerly lodged as Exhibit 2, shall be deemed filed on March 5, 2021—the date of Petitioner's above-referenced motion.

BY THE COURT:

_____
WENDY BEETLESTONE
U.S. District Court Judge