# Exhibit 2

Appendix to Proposed

*Amended Petition for a*

*Writ of Habeas Corpus*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____ :
                                :
Butchie Long,                   :
                                :
            Petitioner,         :              19-cv-3192
                                :
      v.                        :        Habeas Corpus Action
                                :
Tom McGinley, Superintendent,   :        Hon. Wendy Beetlestone
State Correctional Institution at :    Magistrate Judge Lynne A. Sitarski
Coal Township,                  :
                                :
            Respondent.         :
_____:


**APPENDIX TO PETITIONER'S AMENDMENT TO HIS
PETITION FOR A WRIT OF HABEAS CORPUS**

Karl Schwartz
Katherine Ernst
Wiseman & Schwartz, LLP
718 Arch Street, Suite 702 North
Philadelphia, PA 19106
215-450-3391
schwartz@wisemanschwartz.com

Counsel for Petitioner
Butchie Long

Date:  March 5, 2021

## <u>**Table of Contents**</u>

Rashan Gaffney, Statement to Detectives...................................................... A1

Rashan Gaffney, Order for Immunity........................................................ A15

Email from Homicide Chief Selber to Trial Atty. Kirn............................ A19

VJE

STATEMENT OF: RASHAN GAFFNEY

DATE AND TIME: 12-30-11, 5:54 pm

PLACE: 750 RACE St Rm 104. outside. INTERVIEW Room "A"

CONCERNING: Shooting DEATH of ERCEL Sterns At 6700, Willens Ave

IN PRESENCE OF: Det. BYARD #8110 and Det KRAUE #9254

INTERROGATED BY: Det. BYARD #8110

RECORDED BY: Det, BYARD # 8110

I am Det BYARD And this Det. KRAUE #9254

We are questioning you concerning the Shooting DEATH of ERCEL STERNS

We have a duty to explain to you and to warn you that you have the following legal rights:

A.  You have a right to remain silent and do not have to say anything at all.

B.  Anything you say can and will be used against you in Court.

C.  You have a right to talk to a lawyer of your own choice before we ask you any questions, and also to have a lawyer here with you while we ask questions.

D.  If you cannot afford to hire a lawyer, and you want one, we will see that you have a lawyer provided to you, free charge, before we ask you any questions.

E.  If you are willing to give us a statement, you have a right to...

A1

1. **Q.** Do you understand that you have a right to keep quiet, and do not have to say anything at all?

   **A.** YES

2. **Q.** Do you understand that anything you say can and will be used against you?

   **A.** YES

3. **Q.** Do you want to remain silent?

   **A.** NO

4. **Q.** Do you understand that you have a right to talk with a lawyer before we ask you any questions?

   **A.** YES

5. **Q.** Do you understand that if you cannot afford to hire a lawyer, and you want one, we will not ask you any questions until a lawyer is appointed for you free of charge.

   **A.** YES

6. **Q.** Do you want to talk with a lawyer at this time, or to have a lawyer with you while we ask you questions?

   **A.** NO

7. **Q.** Are you willing to answer questions of your own free will, without force or fear, and without any threats or promises having been made to you?

   **A.** YES

Rashem

Statement of: _Rasha Gaffny_  Date: _12-30-11_

A2

| INVESTIGATION INTERVIEW RECORD | PHILADELPHIA POLICE DEPARTMENT | CASE NUMBER: 11-285 |
|---|---|---|
| | | INTERVIEWER: Byard/Kane |

| NAME: Rashan Gaffney | AGE: ▓▓ | RACE: ▓▓ | SEX: ▓▓ | DOB: ▓▓ |
|---|---|---|---|---|

**ADDRESS:** ▓▓▓▓▓▓

| APARTMENT #: | HOME TELEPHONE# | OTHER CONTACT# |
|---|---|---|

NAME OF EMPLOYMENT / SCHOOL:                                 SOCIAL SECURITY #

| ADDRESS OF EMPLOYMENT / SCHOOL: | DEPARTMENT: | WORK TELEPHONE# |
|---|---|---|

DATES OF PLANNED VACATIONS:

DATES OF PLANNED BUSINESS TRIPS:

| NAME OF CLOSE RELATIVE OR ALTERNATE CONTACT PERSON: | RELATIONSHIP: |
|---|---|
| **ADDRESS:** ▓▓▓▓ | TELEPHONE# |

| PLACE OF INTERVIEW: Police Headquarters   Homicide Unit   Room 104 (outside of the Capt Office | DATE: 12/30/11 | TIME: 6:01pm |
|---|---|---|
| BROUGHT IN BY: Police | DATE: 12/30/11 | TIME: 1:10pm |
| WE ARE QUESTIONING YOU CONCERNING: Shooting death of Ercel Stern on 11-10-11 | | |
| WARNINGS GIVEN BY: Det Byard inside of the PAB 750 Race St outside of interview room "A" | DATE: 12/30/11 | TIME: 5:54pm |

ANSWERS:
(1) yes    (2) yes    (3) no    (4) yes    (5) yes    (6) no    (7) yes

Q. Rashan, I'm Det Byard and this Det. Kane we would like to ask you questions concerning the shooting death of Ercel Stern is that ok?
A. Yes

Q Are you known by any other name?
A Shon,

Q Are you under the influence of any alcohol or drugs?
A No sir

Q How far did you go in school?
A 12 grade

Q. Rashan, do you read, write and understand the English language?

Q. Rashan, were you present on 11/10/11 when Ercel Stern was shot and killed?
A. Yes

Q. Tell us in your own words what happened concerning the shooting death of Ercel Stern?
A. We were downtown and Eric Green called Ben's phone and said that he came home and after we came from downtown we went to "E" house but he was not home. So Ben went in "E" house and put his boots on. we were about to walk home but we seen the "G" bus coming so we went back across the street to go to the store to get change to get the bus. We went in the store and got change, we came outside as we was walking to the bus stop two

A3  20-1

| INVESTIGATION INTERVIEW RECORD | CITY OF PHILADELPHIA | |
|---|---|---|
| *CONTINUATION SHEET* | POLICE DEPARTMENT | |
| NAME:<br> Rashan Gaffney | PAGE#<br>2 | CASE#<br>11-285 |

boys *came* around the corner (the corner where the G stop is at, 56th and Walnut) and was asking their friends what happened.

Q. Where does Eric Green live?
A. Between 55th and 56th and Walnut

Q. Who let Ben in the house?
A. Eric's niece

Q. Where is the store that you got change from?
A. Between 56th and 57th Walnut

Q. Was anyone outside of the store when you went into the store?
A. yes

Q. Who was outside of the store?
A. Two or three people

Q. Do you know the people that were outside of the store?
A. No sir

Q. When the two guys came around the corner what was they saying to the guys in front of the store?
A. "What's going on, what happened"

Q. Did any of the guys that were outside the store say anything to you or the people that you were with?
A. Yes

Q. What was said to you or your friends?
A. I was talking to Ben and one of the guys that came around the corner turned to us and said "what you say, what ya'll say"

Q. Did you say anything to the guy?
A Yes, I said what you mean what we say, we not talking to ya'll we keeping it moving

Q. Who was with you during this incident?
A. Me, Ben Ercel and Lidell

Q. Det Kane is going to show you some photos, tell me if you know the males in the photos?
A. That's Lidell (indicating Lidell Brightman PID 1048035), that's Ercel (indicating Ercel Sterns PID 1085571), that's Ben (Benerick Sterns PID 1036904)

Q. Can you describe that male that came around the corner and asked what was going on?
A. He was about 6-6'1 he had a little weight on him and he had an orange hoodie on. I didn't recognize the other

A4

| INVESTIGATION INTERVIEW RECORD | CITY OF PHILADELPHIA | |
|---|---|---|
| *CONTINUATION SHEET* | POLICE DEPARTMENT | |
| NAME: | PAGE# | CASE# |
| Rashan Gaffney | 3 | 11-285 |

Q. Continue?
A. Then he swung at me and then I showed him a gun and told him to go ahead. I pulled the gun out of my waist band and I shot at the ground to get him off us and that is when we ran

Q. Where did the guys go that you shot at?
A. They was standing there talking shit saying you "dick head"

Q. Where is the gun at now?
A. Naquan Cunningham got locked up with it a few months ago

Q. Det Kane is showing you a photo, is this male that you stated got arrested with the gun that you used on 56th and Walnut St?
A. This him (indicating Nairrah Cunningham PID# 1057994)

Q. How many times did you shoot?
A. Once

Q. Did you hit anyone when you shot the gun?
A. No sir

Q. Where did you and the rest of the people that was with you run to?
A. Towards 55th and Pine St

Q. Continue?
A. We started when we got to 55th and Pine and when we got to 55th and Larchwood I saw two guys following us, we walked to Baltimore Ave and we crossed Baltimore Ave and we got to 56th and Thomas and I didn't see anyone. I went to the store on 56th and Broomall St and came right back out. Then we walked down 56th and Malcolm St and that's when I saw the same two guys following us.

Q. How do you know that was the same two guys that were following you?
A. I seen the jacket 

Q. Describe the guys that were following you?
A. My size dark skin, had a black and white jacket "NIKE" and he had on a hoodie and black pants, I really couldn't see the other like that

Q. How close where the males that was following you?
A. We met up with Eric Green on Malcolm and Frazier St and the two guys were about two or three house from us on Malcolm St. I seen them and I said to them "Yo who are these two boys following us" they like where and I like there and when they saw them we started running and they started chasing us and we ran down Frazier to Hadfield and they was shooting at us the whole time. They stopped shooting but they were still chasing us and they paused for a second or two and then started shooting again. It was a lot of shots. We was running on Hadfield towards the end of the block Ercel was saying Liddie don't leave me.

A5

| INVESTIGATION INTERVIEW RECORD | CITY OF PHILADELPHIA | |
|---|---|---|
| *CONTINUATION SHEET* | POLICE DEPARTMENT | |
| NAME:<br>Rashan Gaffney | PAGE#<br>4 | CASE#<br>11-285 |

Q. Who was Ercel talking to when he said don't leave me?
A. He was talking to Lidell .

Q. Continue?
A. I grabbed him (Ercel) because he was about to fall and we started running again, I don't where Ben, "E" and Liddie went because when we got to the corner they were gone. I got to the corner of 57th and Hadfield and I got under a truck and I could see Ercel running and he fell in the middle of the street in front of Ms. Jeanne's water ice stand. Ercel picked up his head and the guy with the black and white jacket on stood over him and shot him in his head and then ran off pass the POPPY store towards Baltimore Ave.

Q. Det Kane is going to show you a photo spread, tell me if you recognize anyone in the photo spread?
A. The person in number #4, that's the one that was in the black and white jacket, that's the one that shot Ercel while he was on the ground (INDICATING BUTCHIE LONG PID # 1081112) 

Number #3 he was the one that was outside the POPPY store on 56th and Walnut St on the phone right before the boys came around the came around the corner. (Indicating JUSTIN SWAIN PID # 960676)

Q. Did you fired back at the males that were shooting at you and your friends on Hadfield St?
A. No sir

Q. Rashan, you are being shown surveillance photo # 1 from the POPPY store from 56th and Walnut St is this the same male that was chasing you and Ercel?
A. Yes

Q. In surveillance photo #2 is this the male that was on the phone just before the two males came around the corner?
A. Yes

12-30-11

**A6**

*[signature]*

## STATEMENT OF ADOPTION ATTESTATION

The above statement of ___4___ pages is a verbatim statement that

I have given to Det. _ByARD_____, who recorded my

answers to questions that Det. _ByARD_____

asked of me. I hereby adopt this verbatim statement and hereby verify

by my signature below that the facts set forth in this statement are true

and correct to the best of my knowledge, information and belief.

X _Nathan Gaffny_     12-30-11
**Signature of Witness**

_Det. Kane "9254_
**Signature of Detective**

A7

# PHILADELPHIA POLICE DEPARTMENT
# HOMICIDE UNIT

## NON-CONSENT TO VIDEOTAPE STATEMENT / INTERVIEW

I, *RasHan Gaffney*, age, *19* years, Do Not consent

to the video taping and audio recording of my interview with Detectives,

*ByArd 8110 / Kaye 9254* of the Philadelphia Police Homicide

Unit on or about *12-30-11* .

_____
(Signature of Non-Consenting Party)

Date: *12-30-11*

Time: *10:30 pm*

Witness: *Det Kaye #9254*

A8



# Philadelphia Police Department

12.3011

Iadale   Rashan Gaffry

EVENT#:          161607636

PID#:            1048035

NAME:            LIDELL
                 BRIGHTMAN

ARREST DATE:     Aug 28 2010 9:33AM

AGE AT ARREST:   17

HEIGHT:          508

WEIGHT:          120

HAIR COLOR:      BLACK

EYE COLOR:       BROWN

**Phil
Arrestee DATABASE**










**FOR INVESTIGATION ONLY
NOT FOR IDENTIFICATION
DESTROY AFTER 90 DAYS**



Printed Philadelphia PD:  12/30/2011 5:28 P.M.

A9



# Philadelphia Police Department

12-30-11

ercel      Rasheem Gaffney

| | |
|---|---|
| **EVENT#:** | 161552749 |
| **PID#:** | 1085571 |
| **NAME:** | ERCEL |
| | STERNS |
| **ARREST DATE:** | Jan 22 2010 3:43PM |
| **AGE AT ARREST:** | 16 |
| **HEIGHT:** | 600 |
| **WEIGHT:** | 140 |
| **HAIR COLOR:** | BLACK |
| **EYE COLOR:** | BROWN |

**Phil**
**Arrestee DATABASE**

   



**FOR INVESTIGATION ONLY**
**NOT FOR IDENTIFICATION**
**DESTROY AFTER 90 DAYS**



Printed Philadelphia PD:  12/30/2011 5:29 P.M.

A10



# Philadelphia Police Department

12-30-11

Ben          Racheem Gaffy

| | |
|---|---|
| **EVENT#:** | 131512208 |
| **PID#:** | 1036904 |
| **NAME:** | BENDERICK STERNS |
| **ARREST DATE:** | Oct 14 2010 6:29PM |
| **AGE AT ARREST:** | 17 |
| **HEIGHT:** | 510 |
| **WEIGHT:** | 190 |
| **HAIR COLOR:** | BLACK |
| **EYE COLOR:** | BROWN |

**Phil
Arrestee DATABASE**









**FOR INVESTIGATION ONLY
NOT FOR IDENTIFICATION
DESTROY AFTER 90 DAYS**



Printed Philadelphia PD:  12/30/2011 5:30 P.M.

A11



# Philadelphia Police Department

**EVENT#:**  161727442

**PID#:**  1057994

**NAME:**  NAIRRAH

CUNNINGHAM

**ARREST DATE:**  Nov 18 2011 8:44AM

**AGE AT ARREST:**  18

**HEIGHT:**  510

**WEIGHT:**  150

**HAIR COLOR:**  BLACK

**EYE COLOR:**  BROWN

**Phil
Arrestee DATABASE**









**FOR INVESTIGATION ONLY
NOT FOR IDENTIFICATION
DESTROY AFTER 90 DAYS**



Printed Philadelphia PD:  12/30/2011 10:11 P.M.

A12



Philadelphia Police Department

A13



A14



IN THE MUNICIPAL COURT OF PHILADELPHIA COUNTY

TRIAL DIVISION                              CRIMINAL SECTION

COMMONWEALTH OF PENNSYLVANIA          :

                    v.                            :        MC-51-CR-0002666-2012

BUTCHIE LONG                               :

### ORDER FOR IMMUNITY


AND NOW, to wit, this 21st day of March 2012, it is hereby ORDERED and DECREED that Rashan Gaffney shall testify as a witness in the above-captioned case, and may not refuse to testify based on his privilege against self-incrimination.

And it is further ORDERED and DECREED, in accordance with the provisions of Pennsylvania Legislative Act No. 168 of 1978, 42 Pa.C.S.A., §5947, no testimony compelled under this ORDER may be used against him except as provided for under 42 Pa.C.S.A. §5947.


BY THE COURT:


_____ J.


A15

IN THE MUNICIPAL COURT OF PHILADELPHIA COUNTY

### TRIAL DIVISION                    CRIMINAL SECTION

COMMONWEALTH OF PENNSYLVANIA          :

          v.                          :        MC-51-CR-0002666-2012

BUTCHIE LONG                          :

### PETITION FOR GRANT OF IMMUNITY
### UNDER ACT NUMBER 168, OCTOBER 4, 1978

TO THE HONORABLE, THE JUDGE OF THE SAID COURT:

R. Seth Williams, District Attorney of the City and County of Philadelphia, hereby petitions this Honorable Court for a grant of immunity for Rashan Gaffney, pursuant to Act No. 168 of 1978, and respectfully represents as follows:

1.    Ercel Sterns was shot and killed on November 10, 2011 at 57th and Willows Streets in Philadelphia.

2     Investigation reveals that the decedent, the eyewitness, Rashan Gaffney, and young men were approached by the defendant and another man. After words were initiated by the defendant, the defendant went to punch Mr. Gaffney. Mr. Gaffney pulled out a gun and fired one time, not hitting anyone. Mr. Gaffney, the decedent, and their friends left the area but were pursued for several blocks by the defendant and his group. At a certain point, the defendant and his cohort began to shoot as they were chasing. The victim fell to the ground. The defendant then stood over him and shot him in the head.

3.    The Medical Examiner performing the autopsy determined that Mr. Sterns died of multiple (5) gunshot wounds to the head, back, buttock and pelvis.

# A16

4.      Mr. Gaffney has given a statement attesting to having a gun initially but also that he and the victim and their friends were then pursued and fired upon as they retreated.  Further, Mr. Gaffney describes witnessing the murder of his friend.

5.      It is possible that Rashan Gaffney may assert a Fifth Amendment privilege because he displayed and shot a gun at the beginning of the incident.

6.      Should Rashan Gaffney assert such a privilege, the Commonwealth asks this Honorable Court to grant him use immunity.

WHEREFORE, petitioner requests that this Honorable Court order Rashan Gaffney to testify truthfully to such questions as are put to him in the pending preliminary hearing of the above-captioned defendant.

Respectfully submitted,

Edward F. McCann

For :   R. Seth Williams
        District Attorney
        of Philadelphia

A17

**<u>VERIFICATION</u>**

The undersigned hereby verifies that the facts set forth in the foregoing motions are true and correct to the best of my knowledge, information and belief.    This verification is made subject to the penalties for unsworn falsification to authorities under 18 Pa.C.S.A. § 4904.


Bridget L. Kirn
Assistant District Attorney
Homicide Unit


Date: 3/20/2012

A18



**Edward Cameron/DA/Phila**
01/25/2012 11:57 AM

To   Olivia Caccoma/DA/Phila@PHILA, Michele
      O'Kane/DA/Phila@Phila, Bridget Kirn/DA/Phila@Phila
cc   Jennifer Selber/DA/Phila@Phila, Lynn
      Nichols/DA/Phila@PHILA
bcc

Subject   Butchie Long

Please assign this case to Bridget Kirn.. Bridget, this case has a history that is a little complicated. You will need to immuniuze witness Rashan Gaffney. He had a gun earlier on in the incident and either fired it at a person or at the ground. We needed him as a witness, so I did not approve an arrest. That position may change if he gives you a hard time.  There is a related murder wherein   a relative of the decedent, Ben Stern killed someone in retaliation for this case

A19