# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BUTCHIE LONG,** | : | CIVIL ACTION |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THOMAS S. MCGINLEY, et al.,** | : | NO. 19-3192 |
| *Respondents.* | : | |

## NOTICE OF APPEARANCE

Matthew Stiegler hereby enters his appearance on behalf of the Respondents in the above-captioned matter.

## NOTICE OF WITHDRAWAL OF APPEARANCE

Laura Zipin hereby withdraws her appearance on behalf of the Respondents in the above-captioned matter.

Respectfully submitted,

*/s/ Matthew Stiegler*
Matthew Stiegler
Supervisor, Federal Litigation Unit
Philadelphia District Attorney's Office


*/s/ Laura Zipin*
Laura Zipin
Assistant District Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BUTCHIE LONG,** : | | CIVIL ACTION |
| *Petitioner,* : | | |
| : | | |
| **v.** : | | |
| : | | |
| **THOMAS S. MCGINELY, et al.,** : | | NO. 19-3192 |
| *Respondents.* : | | |

## CERTIFICATE OF SERVICE

I, Matthew Stiegler, hereby certify that on November 30, 2021, a copy of the foregoing notice was served to Petitioner's counsel via ECF.

*/s/ Matthew Stiegler*
Matthew Stiegler
Supervisor, Federal Litigation Unit
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
matthew.stiegler@phila.gov