IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BUTCHIE LONG,** : | **CIVIL ACTION** |
| Petitioner, : | |
| : | |
| v. : | NO.   19-cv-3192 |
| : | |
| **THOMAS S. McGINLEY, et al.,** : | |
| Respondents. : | |

**O R D E R**

AND NOW, this ___30TH___ day of November, 2022, **IT IS HEREBY ORDERED** that a **TELEPHONE CONFERENCE** in the above-captioned case will be held on **Monday, December 5, 2022, at 10:00 A.M.**  The conference call has been set up by the Court.  The dial in number is 866-434-5269 and the access code is 5501327.

BY THE COURT:

   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

COPIES BY ECF:

Karl David Schwartz, Esquire
Michael Wiseman, Esquire
Matthew C. Stiegler, Esquire
Shoshana D. Silverstein, Esquire