IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BUTCHIE LONG,** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO.   19-cv-3192 |
| | : | |
| **THOMAS S. McGINLEY, et al.,** | : | |
| Respondents. | : | |

**O R D E R**

**AND NOW**, this   5TH   day of December, 2022, following a telephone conference with counsel on this date, **IT IS HEREBY ORDERED**:

1. An evidentiary hearing regarding Claim I in Petitioner's Brief in Support of His Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 29) will be held on **Tuesday, February 14, 2023**, commencing at **10:00 a.m.** in Courtroom 3E of the United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

2. The parties shall submit any proposed hearing exhibits, and shall identify hearing witnesses, no later than **February 6, 2023.**

BY THE COURT:

      /s/ Lynne A. Sitarski          
LYNNE A. SITARSKI
United States Magistrate Judge