IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BUTCHIE LONG,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | NO.   19-cv-3192 |
| | : | |
| **THOMAS S. McGINLEY, et al.,** | : | |
| Respondents. | : | |

## O R D E R

**AND NOW**, this __17TH__ day of January, 2023, upon consideration of Petitioner's letter request for a continuance, it is hereby ORDERED as follows:

1. The evidentiary hearing regarding Claim I in Petitioner's Brief in Support of His Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 29) has been **RESCHEDULED** for **Wednesday, March 8, 2023**, commencing at **10:00 a.m.** in Courtroom 3E of the United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

2. The parties shall submit any proposed hearing exhibits, and shall identify hearing witnesses, no later than **March 1, 2023.**

BY THE COURT:

   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge