IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LONG** | : | **19-cv-3192** |
| | : | **HON. WENDY BEETLESTONE** |
| v. | : | **UNITED STATES DISTRICT JUDGE** |
| | : | **HON. LYNNE A. SITARSKI** |
| **McGINLEY, et. al.** | : | **UNITED STATES MAGISTRATE JUDGE** |

## ORDER

On this \_\_28th\_\_ day of February, 2023, Keisha Fisher, the Administrator of South Woods State Prison, 215 South Burlington Road, Bridgeton, NJ, is hereby ORDERED to produce inmate Rashan Gaffney, SBI # 000685086G, for the evidentiary hearing in the matter of *Long v. McGinley,* et. al., (No. 19-cv-3192 Eastern District of Pennsylvania), scheduled for 10:00 am, on March 8, 2023.

Mr. Gaffney will appear <u>virtually on video</u> as follows:

1.   The Federal District Court for the Eastern District of Pennsylvania will provide South Woods State Prison a zoom sign on identification number and password;

2.   At 9:55 am on March 8, 2023, Inmate Gaffney will be situated in a private room at South Woods State Prison, with no other persons present, except any personnel required by Institutional security concerns and to sign onto the zoom link;

3. The Institution will provide Mr. Gaffney with a device capable of accessing a zoom link. The Institution will sign onto the zoom link at 9:55 am, and Mr. Gaffney, who will be the first witness at the hearing, will remain on the zoom "meeting" until the conclusion of his testimony;

4. Prison personnel will initially ensure that the Court can see and hear Mr. Gaffney and that he can see and hear the proceedings;

SO ORDERED:

Dated: 2/28/2023

/s/ Lynne A. Sitarski
_____
Hon. Lynne A. Sitarski
United States Magistrate Judge