IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BUTCHIE LONG,** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| **THOMAS S. MCGINLEY, et al.,** | : | NO. 19-3192 |
| Respondents. | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Matthew Stiegler hereby withdraws his appearance on behalf of the respondents in the above-captioned matter.

Respectfully submitted,

/s/ *Matthew Stiegler*
Matthew Stiegler, Esqiure

## CERTIFICATE OF SERVICE

I certify that on March 15, 2023, a copy of the foregoing notice was served on all counsel of record via ECF.

*/s/ Matthew Stiegler*
Matthew Stiegler, Esquire