IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BUTCHIE LONG,** : | | CIVIL ACTION |
| Petitioner, : | | |
| : | | |
| v. : | | NO.   19-cv-3192 |
| : | | |
| **THOMAS S. McGINLEY, et al.,** : | | |
| Respondents. : | | |

# O R D E R

**AND NOW**, this __3RD__ day of April, 2023, following an evidentiary hearing held in this matter on March 8, 2023, it is hereby ORDERED as follows:

1. Within 30 days of the date of the filing of the transcript from the March 8, 2023 evidentiary hearing, Petitioner shall file a supplemental brief regarding the impact of the evidence introduced at the hearing on Claim I as set forth in his Brief in Support of His Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 29).

2. Within 30 days of the filing of Petitioner's brief, Respondents shall file a response.

3. Within 10 days of the filing of Respondents' response, Petitioner may file a reply.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge