**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BUTCHIE LONG, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS MCGINLEY, et al., | : | No. 19-3192 |
| Respondents. | : | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE
POST-HEARING BRIEF**

1.  On March 8, 2023, this Court held an evidentiary hearing and ordered the parties to file post-hearing briefs (ECF No. 48).

2.  Petitioner moved for an extension of time to file his post-hearing brief (ECF No. 51), which the Court granted, ordering Respondents to respond to Petitioner's brief on or before July 27, 2023 (ECF No. 52).

3.  Respondents respectfully request a 60-day extension to file their response. Respondents are actively preparing a response but require additional time to complete their review of Petitioner's post-hearing brief, the relevant record, and prepare an appropriate response. In addition to this response, the undersigned has numerous cases she is currently preparing responses to in both state and federal court. In addition to this work, at the time that Petitioner filed his post-hearing brief, the undersigned was preparing for and presented argument in the Third Circuit. Respondents appreciate the importance of this Court's deadlines and are only requesting the additional time out of necessity.

4.  Undersigned counsel has conferred with Petitioner's counsel, Karl Schwartz, who does not oppose this motion.

WHEREFORE, Respondents respectfully request that they be granted a 60-day extension of time, until September 25, 2023, to file their post-hearing brief.

Respectfully submitted,


_/s/ Shoshana D. Silverstein_
SHOSHANA D. SILVERSTEIN
Assistant District Attorney
Federal Litigation Unit

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BUTCHIE LONG, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS MCGINLEY, et al., | : | No. 19-3192 |
| Respondents. | : | |

**ORDER**

**AND NOW**, this        day of            , 2023, upon consideration of the respondents' motion and any response thereto, it is hereby ORDERED and DECREED that said motion is GRANTED.

**FURTHERMORE,** the respondents' time for filing their post-hearing brief is extended 60 days to September 25, 2023.

BY THE COURT:

_____

LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BUTCHIE LONG, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS MCGINLEY, et al., | : | No. 19-3192 |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the July 27, 2023, a copy of the foregoing pleading

was served on all counsel of record via ECF.


*/s/ Shoshana D. Silverstein*
SHOSHANA D. SILVERSTEIN
Assistant District Attorney
Federal Litigation Unit