IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BUTCHIE LONG, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS MCGINLEY, et al., | : | No. 19-3192 |
| Respondents. | : | |

**UNOPPOSED SECOND MOTION FOR AN EXTENSION OF TIME TO FILE POST-HEARING BRIEF**

1. On March 8, 2023, the Court held an evidentiary hearing and ordered the parties to file post-hearing briefs (ECF No. 48).

2. Petitioner moved for an extension of time to file his post-hearing brief (ECF No. 51), which the Court granted, ordering Respondents to respond to Petitioner's brief on or before July 27, 2023 (ECF No. 52).

3. Respondents then sought their first extension of time to file a post-hearing brief (ECF No. 55), which the Court granted (ECF No. 56).

4. Respondents respectfully request a 60-day extension to file their post-hearing brief. Respondents are working to complete a response, but due to the undersigned's heavy caseload, Respondents require additional time to complete this response. Multiple assistant district attorneys in the Federal Litigation Unit have recently left the unit or are in the process of leaving, necessitating the reassignment of numerous cases including to the undersigned. Thus, given the current staffing levels in the unit and the workload of attorneys in the Federal Litigation Unit, including the undersigned's, other attorneys are not available to complete Respondents' response by the current deadline. Respondents appreciate the importance of

the Court's deadlines and are only requesting an extension of time out of necessity.

5.  Undersigned counsel has conferred with Petitioner's counsel, Karl Schwartz, who does not oppose this motion.

WHEREFORE, Respondents respectfully request that they be granted a 60-day extension of time, until November 24, 2023, to file a response to the petition.

Respectfully submitted,

/s/ *Shoshana D. Silverstein*
SHOSHANA D. SILVERSTEIN
Assistant District Attorney
Federal Litigation Unit

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BUTCHIE LONG, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS MCGINLEY, et al., | : | No. 19-3192 |
| Respondents. | : | |

**ORDER**

**AND NOW**, this        day of              , 2023, upon consideration of Respondents' motion and any response thereto, it is hereby ORDERED and DECREED that said motion is GRANTED.

**FURTHERMORE,** Respondents' time for filing a response to the petition for writ of habeas corpus is extended 60 days to November 24, 2023

BY THE COURT:

_____
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

  I certify that on September 25, 2023, a copy of this motion was served on all counsel of record via the court's electronic filing system.

              */s/ Shoshana D. Silverstein*
              Shoshana D. Silverstein
              Assistant District Attorney
              Federal Litigation Unit