IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BUTCHIE LONG, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS MCGINLEY, et al., | : | No. 19-3192 |
| Respondents. | : | |

**UNOPPOSED THIRD MOTION FOR AN EXTENSION OF TIME TO FILE POST-HEARING BRIEF**

1. On March 8, 2023, the Court held an evidentiary hearing and ordered the parties to file post-hearing briefs (ECF No. 48).

2. Petitioner moved for an extension of time to file his post-hearing brief (ECF No. 51), which the Court granted, ordering Respondents to respond to Petitioner's brief on or before July 27, 2023 (ECF No. 52).

3. Respondents then sought two extensions of time to file a post-hearing brief (ECF Nos. 55, 57), which the Court granted (ECF Nos. 56, 58).

4. Respondents respectfully request a 60-day extension to file their post-hearing brief. Through counsel, Long recently filed an amendment to his petition that relates to the claim on which an evidentiary hearing was held. Respondents respectfully request additional time to review and appropriately respond to this amendment. Furthermore, the undersigned was also recently out of the office for an extended period after contracting COVID-19. Due to the undersigned's illness and the recent amendment, Respondents respectfully request the additional time to complete an appropriate response. Respondents appreciate the importance of the Court's deadlines and are only asking for an extension out of necessity.

5.  Undersigned counsel has conferred with Petitioner's counsel, Karl Schwartz, who does not oppose this motion.

WHEREFORE, Respondents respectfully request that they be granted a 60-day extension of time, until January 24, 2024, to file a response to the petition.

                Respectfully submitted,

                */s/ Shoshana D. Silverstein*
                SHOSHANA D. SILVERSTEIN
                Assistant District Attorney
                Federal Litigation Unit

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BUTCHIE LONG, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS MCGINLEY, et al., | : | No. 19-3192 |
| Respondents. | : | |

## ORDER

**AND NOW**, this        day of            , 2023, upon consideration of Respondents' motion and any response thereto, it is hereby ORDERED and DECREED that said motion is GRANTED.

**FURTHERMORE,** Respondents' time for filing a response to the petition for writ of habeas corpus is extended 60 days to January 24, 2024.

BY THE COURT:

_____
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

      I certify that on November 24, 2023, a copy of this motion was served on all counsel of record via the court's electronic filing system.

                                        */s/ Shoshana D. Silverstein*
                                        Shoshana D. Silverstein
                                        Assistant District Attorney
                                        Federal Litigation Unit