# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BUTCHIE LONG,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | NO.   19-cv-3192 |
| | : | |
| **THOMAS S. McGINLEY, et al.,** | : | |
| Respondents. | : | |

## O R D E R

**AND NOW**, this   28TH   day of November, 2023, upon consideration of Petitioner's Consent Motion to Amend (ECF No. 59), it is hereby **ORDERED** that the Motion is **GRANTED**. The Court shall accept Exhibit A attached to the motion asserting "Claim 1a" as an amendment to his petition.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge