IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BUTCHIE LONG,** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO.   19-cv-3192 |
| | : | |
| **THOMAS S. McGINLEY, et al.,** | : | |
| Respondents. | : | |

**O R D E R**

**AND NOW**, this __29th__ day of November, 2023, upon consideration of the Respondent's Unopposed Third Motion for an Extension of time to File Post-Hearing Brief (ECF No. 60), it is hereby **ORDERED** as follows:

1. Respondents shall file a Response to the Petitioner's brief on or before January 24, 2024;

3. Any Reply by Petitioner shall be filed on or before February 2, 2024.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge