IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BUTCHIE LONG** | : | Civil Action |
| Petitioner, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THOMAS S. MCGINLEY, et al.,** | : | No. 19-3192 |
| Respondents. | : | |

## NOTICE OF APPEARANCE

David Napiorski hereby enters his appearance on behalf of the Respondents in the above-captioned matter.

## NOTICE OF WITHDRAWAL OF APPEARANCE

Shoshana Silverstein hereby withdraws her appearance on behalf of the Respondents in the above-captioned matter.

Respectfully submitted,

*/s/ David Napiorski*
David Napiorski
Assistant Supervisor
Federal Litigation Unit
Philadelphia District Attorney's Office

*/s/ Shoshana Silverstein*
Shoshana Silverstein
Assistant District Attorney
Philadelphia District Attorney's Office

## CERTIFICATE OF SERVICE

I certify that on May 16, 2024, a copy of the foregoing was served on all Parties via ECF.

*/s/ David Napiorski*
David Napiorski
Assistant Supervisor
Federal Litigation Unit
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
david.napiorski@phila.gov