# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BUTCHIE LONG,** | : | |
| Petitioner, | : | **Civil Action** |
| v. | : | NO. 19-3192 |
| **THOMAS MCGINLEY,** | : | |
| *et al.*, | : | |
| Respondents. | : | |

## NOTICE OF APPEARANCE

Mackenzie D. Hayes hereby enters her appearance on behalf of the Respondents in the above-captioned matter.

                        Respectfully submitted,

                        */s/ Mackenzie D. Hayes*
                        Mackenzie D. Hayes
                        Assistant District Attorney
                        Federal Litigation Unit
                        Philadelphia District Attorney's Office

## CERTIFICATE OF SERVICE

I certify that on July 22, 2024, a copy of this notice was served on counsel for Petitioner, Karl David Schwartz, via this Court's electronic filing system.

/s/ *Mackenzie D. Hayes*
Mackenzie D. Hayes
Assistant District Attorney
Federal Litigation Unit
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
Mackenzie.Hayes@phila.gov