IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BUTCHIE LONG,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | NO.   19-cv-3192 |
| | : | |
| **THOMAS S. McGINLEY, et al.,** | : | |
| Respondents. | : | |

**O R D E R**

**AND NOW**, this __21st__ day of November, 2024, upon consideration of Respondent's Unopposed Motion for an Extension of time (ECF No. 74), it is hereby **ORDERED** as follows:

1. Respondents shall file their response no later than January 21, 2025;

2. Petitioner shall file any reply no later than February 4, 2025.

BY THE COURT:

__/s/ Lynne A. Sitarski__
LYNNE A. SITARSKI
United States Magistrate Judge