**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BUTCHIE LONG,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **NO.    19-cv-3192** |
| | : | |
| **THOMAS S. McGINLEY, et al.,** | : | |
| **Respondents.** | : | |

**O R D E R**

    **AND NOW**, this __21ST__ day of August, 2025, upon consideration of Respondent's

Unopposed Motion for an Extension of time (ECF No. 84), it is hereby **ORDERED** as follows:

    1.      Respondents shall file their response no later than September 3, 2025;

    2.      Petitioner shall file any reply no later than September 17, 2025.

             BY THE COURT:


             __/s/ Lynne A. Sitarski_____
             LYNNE A. SITARSKI
             United States Magistrate Judge