IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BUTCHIE LONG,** | : | Civil Action |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| **THOMAS S. MCGINLEY,** | : | No. 19-3192 |
| *et al.,* | : | |
| Respondents. | : | |

**NOTICE OF APPEARANCE**

Peter F. Andrews hereby enters his appearance on behalf of the Respondents in the above-captioned matter.

    Respectfully submitted,

    */s/ Peter F. Andrews*
    Peter F. Andrews
    Supervisor, Federal Litigation Unit
    Philadelphia District Attorney's Office

## CERTIFICATE OF SERVICE

I certify that on September 25, 2025, a copy of the foregoing notice was served to all counsel of record via ECF.

                                                */s/ Peter F. Andrews*
                                                Peter F. Andrews
                                                Supervisor, Federal Litigation Unit Philadelphia District Attorney's Office
                                                Three South Penn Square
                                                Philadelphia, PA 19107
                                                Peter.Andrews@phila.gov