IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BUTCHIE LONG,** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO.   19-cv-3192 |
| | : | |
| **THOMAS S. McGINLEY, et al.,** | : | |
| Respondents. | : | |

**O R D E R**

**AND NOW**, this   8TH   day of December 2025, upon consideration of Petitioner's Unopposed Motion for an Extension of Time to file a Reply (ECF No. 96), it is hereby **ORDERED** that the motion is **GRANTED**. Petitioner shall file a Reply no later than January 19, 2026.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge